FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY 16 PM 3:43

CLERK_____
(SO. DIST. OF GA.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) CR 415-199 |
|---|---|
| v. | ) |
| TODD BENJAMIN | ) |

## ORDER WITHDRAWING PLEA

Before the Court is a joint motion to withdraw the guilty plea of Defendant Benjamin pursuant to Rule 11(d)(2)(B) of the Federal Rules of Criminal Procedure. For the fair and just reasons set out therein, the Court GRANTS that motion and ORDERS that Defendant Benjamin's guilty plea be withdrawn.

So ORDERED, this 16th day of May, 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA